# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 11 |
| GT ADVANCED TECHNOLOGIES INC., *et al.*, | Case No. 14-11916-HJB |
| Reorganized Debtors | |
| GT ADVANCED TECHNOLOGIES INC., et al. | Adv. No.: 16-01047-HJB |
| Counterclaim Plaintiffs | |
| v. | |
| DOW CORNING CORPORATION | |
| Counterclaim Defendants | |

## ORDER

The Motion For Emergency Hearing On Motion For Expedited Case Schedule And To Compel Dow Corning To Provide Its Trade Secrets List filed by GTAT is hereby granted.

It is hereby ORDERED that:

1. The Hearing on the Motion For Expedited Case Schedule And To Compel Dow Corning To Provide Its Trade Secrets List is scheduled for June 30, 2016 at __3:00 PM__. at Berkshire Courtroom, 300 State Street, Springfield, Massachusetts.

ENTERED at Manchester, New Hampshire.

Dated: __June 28, 2016__    /s/ Henry J. Boroff
                            The Honorable Henry J. Boroff