# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: <br><br> GT ADVANCED TECHNOLOGIES INC., *et al.*, <br><br> Reorganized Debtors | Chapter 11 <br><br> Case No. 14-11916-CJP |
| GT ADVANCED TECHNOLOGIES INC., *et al.* <br><br> Counterclaim Plaintiffs <br><br> v. <br><br> DOW CORNING CORPORATION <br><br> Counterclaim Defendant. | Adv. No.: 16-01047-CJP |

## **ORDER**

IT IS HEREBY ORDERED that the parties shall file a status report by February 10, 2017.  This adversary proceeding and all pending deadlines shall remain suspended.

Date: February 3, 2017

/s/ Christopher J. Panos
Christopher J. Panos
United States Bankruptcy Judge