UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GT ADVANCED TECHNOLOGIES INC., *et al.*,<br><br>Reorganized Debtors[1] | Bk. No. 14-11916-CJP<br><br>Chapter 11 |
| GT ADVANCED TECHNOLOGIES INC., *et al.*<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>DOW CORNING CORPORATION<br><br>Counterclaim Defendant. | Adv. No.: 16-01047-CJP |

## STIPULATION OF DISMISSAL

Pursuant to Rule 7041(a) of the Federal Rules of Bankruptcy Procedure, GT Advanced Technologies Inc. and its affiliated reorganized debtors (collectively, "GTAT" or the "Reorganized Debtors") and Dow Corning Corporation hereby submit this stipulation of dismissal, dismissing this case with prejudice, without any rights of appeal and with each party bearing its own costs and expenses of this litigation, thereby lifting the injunction against GTAT established by the Court's Order Confirming Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code, Dated March 7, 2016 (Bankruptcy Case Dkt. No. 3310).

---

[1] The Reorganized Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Reorganized Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

Specifically, the parties respectfully request entry of an order dismissing with prejudice Reorganized Debtors' Counterclaim for Declaratory Judgment (Dkt. No. 1), and Dow Corning Corporation's Counterclaim to Reorganized Debtors' Counterclaim for Declaratory Judgment (Dkt. No. 26), both filed in Adversary Proceeding No. 16-01047; and Application of Dow Corning Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11. U.S.C. § 503(b)(1) (Dkt. No. 2896), and Second Application of Dow Corning Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S. § 503(b)(1) (Dkt. No. 3490), both filed in Bankruptcy Case No. 14-11916.

In light of the parties' stipulation, the parties further request entry of an order lifting the above-referenced injunction against GTAT. A proposed form of Order is attached.

Dated: Feb. 6, 2017

By: */s/ Andrea Weiss Jeffries*
Andrea Weiss Jeffries BNH 07555
   (admitted pro hac vice)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5397
andrea.jeffries@wilmerhale.com

Philip D. Anker BNH 04801
   (admitted pro hac vice)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8890
phillip.anker@wilmerhale.com

Shirley X. Li Cantin BNH07554
   (admitted pro hac vice)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**

By: */s/ Kenneth S. Leonetti*
Kenneth S. Leonetti, BNH05100
   (admitted pro hac vice)
Colin J. Zick, BNH07513
Michael J. Licker BNH07524
   (admitted pro hac vice)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Fax: (617) 832-7000
czick@foleyhoag.com
ksl@foleyhoag.com
mlicker@foleyhoag.com

Kevin J. Meek BNH07559
   (admitted pro hac vice)
Christopher V. Ryan BNH07562
   (admitted pro hac vice)
Christopher G. Granaghan BNH07560
   (admitted pro hac vice)
Andrea Longworth BNH07561
   (admitted pro hac vice)
**BAKER BOTTS L.L.P**.

| | |
|---|---|
| 60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6000<br>shirley.cantin@wilmerhale.com | 98 San Jacinto Blvd., Suite 1500<br>Austin, Texas  78701-4078<br>Tel: (512) 322-2500<br>Fax: (512) 322-2501 |
| Christopher J. Pyles BNH15165<br>**SULLOWAY & HOLLIS, P.L.L.C**.<br>9 Capitol Street<br>Concord, NH, 03301<br>Tel: (603) 224-2341<br>cpyles@sulloway.com | ***Attorneys for Dow Corning Corporation*** |

***Attorneys for Reorganized Debtors***
***GT Advanced Technologies, et al.***

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GT ADVANCED TECHNOLOGIES INC., *et al.*,<br><br>Reorganized Debtors | Chapter 11<br><br>Case No. 14-11916-CJP |
| GT ADVANCED TECHNOLOGIES INC., *et al.*<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>DOW CORNING CORPORATION<br><br>Counterclaim Defendant. | Adv. No.: 16-01047-CJP |

## **ORDER OF DISMISSAL WITH PREJUDICE**

A Stipulation of Dismissal having been filed in the above-captioned Adversary Proceeding and Bankruptcy Case, it is hereby ORDERED:

1. The Stipulation of Dismissal filed on February 6, 2017 is incorporated by reference. In accordance therewith, this Adversary Proceeding is dismissed with prejudice, as is the Application of Dow Corning Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11. U.S.C. § 503(b)(1) (Dkt. No. 2896), and Second Application of Dow Corning Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S. § 503(b)(1) (Dkt. No. 3490), both filed in this Bankruptcy Case.

2. The injunction as set forth in Paragraph 73 of the Court's Order Confirming Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code, Dated March 7, 2016, entered in this Bankruptcy Case (Dkt. No. 3310) is hereby lifted, effective immediately. That injunction shall be of no further force and effect.

3. Each party shall bear its own fees and costs.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this Court has jurisdiction of the subject matter and the parties.

ENTERED at Manchester, New Hampshire.

Date: _____    _____
The Honorable Christopher J. Panos
Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2017, a true and correct copy of the foregoing Joint Status Report was hereby served on all parties who receive service electronically through the Court's CM/ECF System, including the Office of the United States Trustee.

/s/ *Andrea Weiss Jeffires*

Andrea Weiss Jeffries